```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON
```

| | |
|---|---|
| JOHN M. TAYLOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 11-163-JMH |
| v. | ) |
| | ) |
| PHILLIP PARKER, | ) **MEMORANDUM OPINION AND ORDER** |
| | ) |
|     Defendant. | ) |

                \*\*    \*\*    \*\*    \*\*    \*\*

This matter is before the Court on the Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 17]. Said action was referred to the magistrate for the purpose of reviewing the merit of Taylor's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Record No. 1], in which he challenges his incarceration for a conviction in a Kentucky state court. Defendant filed an Answer and Memorandum in Opposition [Record No. 16] to the Petition, arguing that the Petition is time-barred under the applicable limitations period. In his Report and Recommendation, the Magistrate Judge agrees with that assessment and recommends that the Petition be dismissed.

The Magistrate Judge filed his Report and Recommendation on September 2, 2011, advising Taylor that particularized objections to same were due within fourteen days of the date of service of the Report and Recommendation or further appeal would be waived. Fourteen days have now expired, and Taylor has filed no objections.

Generally, "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge." 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice*, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Consequently, this Court adopts the reasoning set forth in the Report and Recommendation as its own.

Accordingly, **IT IS ORDERED:**

(1) that the Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 17] is **ACCEPTED** and **ADOPTED**; and

(2) that Taylor's Petition for a Writ of Habeas Corpus [Record No. 1] is **DISMISSED.**

This is the 23rd day of September, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge